UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR TAGLE, ) | |
|  Plaintiff, ) | Case No. 2:16-cv-00851-JAD-GWF |
| v. ) | **ORDER** |
| STATE OF NEVADA, et al., ) | |
|  Defendants. ) | |

This matter is before the Court on Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1), filed on April 12, 2016.

Plaintiff is an inmate in the custody of the Nevada Department of Corrections ("NDOC") proceeding *pro se*. Plaintiff has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983 and requests permission to proceed *in forma pauperis*. (ECF No. 1, 1-1). However, on at least three (3) occasions, this Court has dismissed civil actions commenced by Plaintiff while in detention as frivolous or for failure to state a claim upon which any relief may be granted. *See Tagle v. State of Nevada, et al.,* 2:15-cv-02083-RCJ-GWF (dismissed for failure to state a claim); *Tagle v. State of Nevada, et al.,* 2:15-cv-02358-MMD-PAL (dismissed for maliciousness and failure to state a claim); and *Tagle v. State of Nevada, et al.,* 2:16-cv-00852-JAD-VCF (dismissed for maliciousness and failure to state a claim). The Court takes judicial notice of its prior records in the above matters.

Pursuant to 28 U.S.C. § 1915(g), "if [a] prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon

which relief may be granted," he may not proceed *in forma pauperis* and, instead, must pay the full $400.00 filing fee in advance unless he is "under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

In his complaint, Plaintiff alleges claims of fraud, obstruction of justice, abuse of authority, and professional negligence and misconduct in relation to his civil lawsuit that was dismissed by the Nevada Supreme Court on February 26, 2016. The Court finds that these allegations fail to plausibly allege that Plaintiff is in imminent danger of serious physical injury. *See Andrews v. Cervantes*, 493 F.3d 1047, 1055 (9th Cir. 2007) (holding that the exceptions to § 1915(g) applies if the complaint makes a plausible allegation that the prisoner faced imminent danger of serious physical injury at the time of filing). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 1) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff shall have until February 8, 2017 to pay the appropriate filing fee of $400.00 (which includes the $350 filing fee and the $50 administrative fee).

**IT IS FURTHER ORDERED** that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED this 11th day of January, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge